UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, et al.,<br><br>    Defendants. | Case No. 20-cv-00392-JD<br><br>**ORDER RE PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM**<br><br>Re: Dkt. No. 3 |

The Court has reviewed plaintiff's request to proceed with this action under a fictitious name. Dkt. No. 3. The request is granted on a preliminary basis.

Our federal courts have a strong tradition of transparent litigation. *See Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067 (2000) (the "use of fictitious names runs afoul of the public's common law right of access to judicial proceedings, and Rule 10(a)'s command that the title of every complaint 'include the names of all the parties.'") (citations omitted). The Court is consequently unwilling to permanently grant broad anonymity to the plaintiff at this stage of the case, when no defendant has been served or has appeared.

Plaintiff may proceed with the service of his complaint under a pseudonym. If he wishes to maintain that status, he may renew his request in an administrative motion filed with notice to defendants, within 21 days of effectuating service. The Court will then re-visit the matter after defendants have had an opportunity to respond to plaintiff's request.

**IT IS SO ORDERED.**

Dated: March 6, 2020

JAMES DONATO
United States District Judge